JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN CUELHO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEWELL RUBBERMAID, INC., a Delaware Corporation; THE RAYMOND CORPORATION, a New York Corporation; and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 5:16-cv-01912-R-KK<br><br>**ORDER RE STIPULATION TO REMAND ACTION TO STATE COURT** |

## ORDER

Pursuant to the Stipulation of the parties and based upon lack of a federal claim or diversity, the above-captioned matter is hereby remanded to the Superior Court for the County of San Bernardino, case number CIVDS1609484.

**IT IS SO ORDERED.**

Dated: January 3, 2017

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ON REQUEST FOR AMENDMENT TO COMPLAINT – DOE / FICTITIOUS NAME